## EXHIBIT A

| No. | Loan No. | Claim Reason |
|---|---|---|
| 1 | ******9568 | EARLY PAYMENT DEFAULT |
| 2 | ******9471 | EARLY PAYMENT DEFAULT |
| 3 | ******8397 | EARLY PAYMENT DEFAULT |
| 4 | ******0566 | BREACH OF REPRESENTATIONS AND WARRANTIES |